# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1839
_____

M. T., Mother of A.R.T., L.N.T.,
A.T., M.R.T., A.D.T., N.J.-M.T.,
and J.A.T., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman L. Robinson, Judge.

March 3, 2026

PER CURIAM.

    AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

M.T., pro se, Appellant.

Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee, and Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee.

Sara E. Goldfarb, Statewide Director of Appeals, Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, and Caleb I. Cosson, State of Florida Guardian ad Litem Office, Milton, for Statewide Guardian ad Litem.